IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY ASHLEY**                                                                                              **PLAINTIFF**

**VS.**                                                  **4:21-CV-00832-BRW**

**ASA HUTCHISON**                                                                                              **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of September, 2021.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE